FILED

04/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0524

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0524

_____

NISSA ASCENCIO AND ALL OTHERS
SIMILARLY SITUATED,

      Plaintiffs and Appellants,

v.                                                                O R D E R

ORION INTERNATIONAL CORP.,

      Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Leslie Halligan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 15 2020